**Order entered June 3, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00524-CV

### IN THE INTEREST OF P.L-W., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-17767**

## ORDER

Before the Court is appellee's May 31, 2016 motion to dismiss the appeal. Appellee contends this Court lacks jurisdiction because appellant's notice of appeal was untimely.

The appealed order was signed on February 24, 2016. After filing a timely motion for new trial, appellant filed a notice of accelerated appeal in the trial court on April 29, 2016 and an amended notice of appeal removing the accelerated designation in the trial court on May 3, 2016. The Court has reviewed the clerk's record and determined that this appeal is not accelerated. Accordingly, the deadline to file a notice of appeal was May 24, 2016. *See* TEX. R. APP. P. 26.1(a). Because appellant timely filed her notice of appeal, we **DENY** appellee's motion.

/s/     CRAIG STODDART
        JUSTICE